**Affirmed and Memorandum Opinion filed January 26, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00479-CV

## IN THE INTEREST OF K.J.R. A/K/A K.R. AND K.J.R., CHILDREN

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2019-02125J**

## MEMORANDUM OPINION

Appellant, D.M.R., appeals a final decree signed June 11, 2020, terminating her parental rights to the children who are the subject of this suit. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978). The *Anders*

procedures are applicable to an appeal from the termination of parental rights when an appointed attorney concludes that there are no non-frivolous issues to assert on appeal. *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

On September 22, 2020, a copy of the record and counsel's brief were delivered to appellant and appellant was notified of the right to file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991); *In re D.E.S.*, 135 S.W.3d at 329–30. More than twenty-five days have elapsed and as of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.


/s/    Jerry Zimmerer
       Justice


Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.